1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARK A. SMITH,

11              Plaintiff,                    No. CIV S-08-2655 GGH P

12        vs.

13   MARK ROELKE,

14              Defendant.                    <u>ORDER</u>

15   _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 and a request for leave to proceed in forma pauperis pursuant to 28 U.S.C.

18   § 1915.  Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on

19   the form used by this district.  Use of the form assists plaintiff to establish and the court to

20   evaluate plaintiff's in forma pauperis status in light of 28 U.S.C. § 1915 (b)(1) and (2).

21   Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the

22   opportunity to submit the application on the appropriate form.  Plaintiff is cautioned that he must

23   also provide a certified copy of his prison trust account statement for the six month period

24   immediately preceding the filing of his complaint.

25   /////

26   /////

1

1     In accordance with the above, IT IS HEREBY ORDERED that:

2        1.  Plaintiff's applications to proceed in forma pauperis (Docket Nos 2 and 7) are

3   dismissed without prejudice;

4        2.  The Clerk of the Court is directed to send plaintiff a new Application to

5   Proceed In Forma Pauperis By a Prisoner; and

6        3.  Plaintiff shall submit, within thirty days from the date of this order, a

7   completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order

8   will result in a recommendation that this action be dismissed without prejudice.

9   DATED: November 21, 2008

10

11                           /s/ Gregory G. Hollows

12                           _____
                            GREGORY G. HOLLOWS
                            UNITED STATES MAGISTRATE JUDGE

13   GGH:mp
     smit2655.3dggh

14

15

16

17

18

19

20

21

22

23

24

25

26

2